UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 17-22376-CIV-MARTINEZ-OTAZO-REYES

HIYAM AKKASHA,
    Plaintiff,

vs.

BLOOMINGDALES, INC.,
    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion to Tax Costs, [ECF No. 155]. Magistrate Judge Otazo-Reyes filed a Report and Recommendation [ECF No. 38], recommending that the Defendant's Motion to Tax Costs be granted. The Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation [ECF No. 38] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1.    Defendant's Motion to Tax Costs, [ECF No. 155], is **GRANTED**.

2.    Defendant is awarded **$6,910.25** in costs as the prevailing party in this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of July, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record